United States Bankruptcy Court
Southern District of Indiana

In re:                                                          Case No. 16-07358-JMC
Jessica Kay VanWinkle                                           Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0756-1         User: admin          Page 1 of 2          Date Rcvd: Sep 26, 2016
                            Form ID: b309a        Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2016.
db            +Jessica Kay VanWinkle,   2145 Oxford Pike,   Bath, IN 47010-9715
14082173      +Aes/jp Morgan Chase,   Pob 61047,   Harrisburg, PA 17106-1047
14082174      +Alleviate Allergies,   7927 Jessre's Way,   Fairfield Township, OH 45011-8077
14082175      #+Avant Inc,   640 N Lasalle St,   Chicago, IL 60654-3731
14082178      +Cincinnati Children's Hospital,   PO Box 5209,   Cincinnati, OH 45201-5209
14082179      +Controlled Credit Corp.,   PO Box 5154,   Cincinnati, OH 45205-0154
14082181      +Dental Care, Alex Dolgov DDS,   474 S. Locust Street,   Oxford, OH 45056-2127
14082183      +Finance System of Richmond,   PO Box 786,   Richmond, IN 47375-0786
14082184      +General Electric Credi,   10485 Reading Rd,   Cincinnati, OH 45241-2580
14082185      +Kettering Health Network,   PO Box 33163,   Detroit, MI 48232-5163
14082186      +Kh Network Credit Unio,   7740 Paragon Rd,   Dayton, OH 45459-4050
14082187      +McCullogh Hyde Memorial Hospital,   110 North Poplar Street,   Oxford, OH 45056-1292
14082189      +PayPal Credit,   PO Box 105658,   Atlanta, GA 30348-5658
14082190      +Receivable Recovery Pa,   1041 Shelby St,   Indianapolis, IN 46203-1153
14082191      +Reid Health Physician Associates,   1495 Chester Blvd.,   Richmond, IN 47374-1919
14082193      +Tri Health SBO,   PO Box 630892,   Cincinnati, OH 45263-0892
14082195      +United Consumer Finl S,   865 Bassett Rd,   Westlake, OH 44145-1194

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: ccparker18@aol.com Sep 26 2016 23:48:16     Craig C Parker,   Parker Law LLC,
               303 South A Street,   Richmond, IN  47374
tr            +EDI: FREBOSTON.COM Sep 26 2016 23:43:00     Richard E. Boston,   Office of Richard E. Boston,
               27 N 8th St,   Richmond, IN 47374-3028
ust            E-mail/Text: ustpregion10.in.ecf@usdoj.gov Sep 26 2016 23:48:48     U.S. Trustee,
               Office of U.S. Trustee,   101 W. Ohio St.. Ste. 1000,   Indianapolis, IN 46204-1982
14082176       EDI: CAPITALONE.COM Sep 26 2016 23:43:00     Capital One Bank Usa N,   15000 Capital One Dr,
               Richmond, VA 23238
14082177      +EDI: CHASE.COM Sep 26 2016 23:43:00     Chase Card,   Po Box 15298,   Wilmington, DE 19850-5298
14082180      +EDI: CRFRSTNA.COM Sep 26 2016 23:43:00     Credit First N A,   6275 Eastland Rd,
               Brookpark, OH 44142-1399
14082182      +EDI: DISCOVER.COM Sep 26 2016 23:43:00     Discover Fin Svcs Llc,   Po Box 15316,
               Wilmington, DE 19850-5316
14082188       E-mail/Text: bankruptcy@northwestradiology.com Sep 26 2016 23:49:06
               Northwest Radiology Network,   13587 Collection Center Drive,   Chicago, IL 60693-0135
14084222       EDI: RECOVERYCORP.COM Sep 26 2016 23:43:00     Recovery Management Systems Corporation,
               25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
14082192      +EDI: RMSC.COM Sep 26 2016 23:43:00     Syncb/care Credit,   950 Forrer Blvd,
               Kettering, OH 45420-1469
14082194      +E-mail/Text: chris_foltz@trihealth.com Sep 26 2016 23:49:44     TriHealth SBO and TPP,
               619 Oak Street,   Cincinnati, OH 45206-1613
                                                                              TOTAL: 11

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2016                           Signature:   /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0756-1          User: admin             Page 2 of 2        Date Rcvd: Sep 26, 2016
                              Form ID: b309a           Total Noticed: 28
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 24, 2016 at the address(es) listed below:
          Craig C Parker    on behalf of Debtor Jessica Kay VanWinkle ccparker18@aol.com,  redmondkl@aol.com
          Richard E. Boston    rebch7@bbkcc.com;melaniec@bbkcc.com,  reb@trustesolutions.net
          U.S. Trustee    ustpregion10.in.ecf@usdoj.gov
                                                                                        TOTAL: 3

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | **Jessica Kay VanWinkle** | Social Security number or ITIN | **xxx–xx–0448** |
| | Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court – **Southern District of Indiana** | | | |
| Case number: | **16–07358–JMC–7** | Date case filed for chapter **7**: | **September 22, 2016** |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

12/2015

For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, the debtor, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to **30 days** or not exist at all, although the debtor can ask the court to extend or impose a stay.

The debtor is seeking a discharge. Creditors who assert that the debtor is not entitled to a discharge or who want a debt excepted from discharge may be required to file a complaint within the deadlines specified in this notice. (See "Deadlines" section for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records) at pacer.insb.uscourts.gov.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

To help creditors correctly identify the debtor on this case, the debtor must submit a full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Jessica Kay VanWinkle | |
| 2. | **Other names** (used in last 8 years) | None | |
| 3. | **Address** | 2145 Oxford Pike Bath, IN 47010 | |
| 4. | **Debtor's attorney** Name and address | Craig C Parker 303 South A Street Richmond, IN 47374 | Contact info: 765–373–8065 or ccparker18@aol.com |
| 5. | **Bankruptcy trustee** Name and address | Richard E. Boston Office of Richard E. Boston 27 N 8th St Richmond, IN 47374 | Contact info: 765–962–7527 or rebch7@bbkcc.com;melaniec@bbkcc.com;ninab@bbkcc.com |

For more information, see page 2 >

Debtor Jessica Kay VanWinkle                                                              Case number 16–07358–JMC–7

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br>Documents in this case may be filed at this address or ecf.insb.uscourts.gov. You may inspect all records filed in this case at this office or pacer.insb.uscourts.gov. | United States Bankruptcy Court<br>Southern District of Indiana<br>46 E. Ohio St., Rm. 116<br>Indianapolis, IN 46204 | Open weekdays 8:30 AM – 4:30 PM ET<br><br>Contact info: 317–229–3800 |
| **7. Meeting of creditors**<br>The debtor must attend the meeting to be questioned under oath. Creditors may attend but are not required to do so. If the meeting is continued or adjourned to a later date, the date will be on the court docket. | **November 2, 2016 at 10:30 AM EDT**<br><br>**The debtor MUST provide picture identification and proof of social security number** to the trustee at the meeting of creditors. Failure to do so may result in the case being dismissed. Language interpretation of the meeting of creditors will be provided to the debtor at no cost through a telephone interpreter service upon request made to the trustee. These services may not be available at all locations. | Location:<br>**City Building**<br>**City Council Room, 3rd Floor**<br>**50 North 5th Street**<br>**Richmond, IN 47374** |
| **8. Presumption of abuse**<br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). The debtor may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to object to discharge or challenge whether certain debts are dischargeable:**<br>**You must file a complaint by the deadline:**<br>• if you assert that the debtor is not entitled to a discharge under 11 U.S.C. § 727(a)(2)–(7) or<br><br>• if you want a debt excepted from the discharge under 11 U.S.C. § 523(a)(2), (4), or (6). | **January 3, 2017**<br><br>**You must file a motion by the deadline:**<br>• if you assert that the discharge should be denied under 11 U.S.C. § 727(a)(8) or (9). |
| | **Objection to exemptions:**<br>The law permits the debtor to keep certain property as exempt. If you believe the law does not authorize an exemption claimed by the debtor, you may file an objection **no later than 30 days after the meeting of creditors concludes**. | |
| **10. Proof of claim**<br>Do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have a question about your rights in this case. | |
| **12. Exempt property** | The law allows the debtor to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. The debtor must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or pacer.insb.uscourts.gov. If you believe the law does not authorize an exemption claimed by the debtor, you may file an objection **no later than 30 days after the meeting of creditors concludes**. | |
| **13. Abandonment of property** | Pursuant to S.D.Ind. B–6007–1, a trustee's report of no distribution serves as a notice proposing the abandonment of all property from the estate. No further notice of the abandonment will be given unless a party in interest files a request for further notice of abandonment no later than **one day** before the first date set for the 341 meeting. Any party filing such a request will be given notice upon filing of the report of no distribution and have **14 days** to object to the abandonment. | |